UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IFRANALI BABUHAI DHUKA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | SA-26-CV-2050-FB (HJB) |
| | § | |
| MARKWAYNE MULLIN, Secretary, | § | |
| U.S. Department of Homeland Security; | § | |
| TODD LYONS, Acting Director, U.S. | § | |
| Immigration and Customs Enforcement | § | |
| (ICE); MARCOS CHARLES, Acting | § | |
| Executive Associate Director, ICE and | § | |
| Removal Operations; TODD BLANCHE, | § | |
| Acting United States Attorney General,[1] | § | |
| and WARDEN, SOUTH TEXAS | § | |
| DETENTION FACILITY, | § | |
| | § | |
| Respondents. | § | |

**ORDER SETTING ATTORNEY-ONLY
VIDEO STATUS CONFERENCE**

The matter before the Court is the status of this case, which was referred on April 29, 2026, by the District Court to the undersigned for pretrial proceedings including any requests for injunctive relief pursuant to 28 U.S.C. § 636(b)(1).  (*See* Docket Entry 8.)

It is hereby **ORDERED** that an Attorney-Only Status Conference is set on **May 7, 2026**, at **3:00 P.M.**  The conference will be held by video teleconference using the Zoom video platform. On the designated date and time of the conference, the parties are directed to join ZOOMGOV meeting, at the following address:

---

[1] Todd Blanche was appointed acting Attorney General on April 2, 2026. Blanche is therefore substituted for former Attorney General Pamela Bondi as the proper, named Respondent. *See* FED. R. CIV. P. 25(d).

**https://txwd-uscourts.zoomgov.com/j/16126018188**
**Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the conference**, that their video teleconference equipment is functioning and properly connects with the Court's system.  Parties having any difficulties should contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

**SIGNED** on April 29, 2026.

Henry J. Bemporad
United States Magistrate Judge