UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IFRANALI BABUHAI DHUKA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | SA-26-CV-2050-FB (HJB) |
| | § | |
| MARKWAYNE MULLIN, Secretary, | § | |
| U.S. Department of Homeland Security; | § | |
| TODD LYONS, Acting Director, U.S. | § | |
| Immigration and Customs Enforcement | § | |
| (ICE); MARCOS CHARLES, Acting | § | |
| Executive Associate Director, ICE and | § | |
| Removal Operations; TODD BLANCHE, | § | |
| Acting United States Attorney General,[1] | § | |
| and WARDEN, SOUTH TEXAS | § | |
| DETENTION FACILITY, | § | |
| | § | |
| Respondents. | § | |

**ORDER FOR STATUS ADVISORY**

This case was referred by the District Court to the undersigned for pretrial proceedings including any requests for injunctive relief pursuant to 28 U.S.C. § 636(b)(1). (*See* Docket Entry 8.) In accordance with the Court's ruling at the Attorney-Only Status Conference held on May 7, 2026, it is hereby **ORDERED** that the Federal Respondents must file an advisory on the status of their removal efforts **on or before May 21, 2026**.

It is **FURTHER ORDERED** that Petitioners' Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Complaint for Declaratory and Injunctive Relief (Docket Entry 1) is **TAKEN UNDER ADVISEMENT**.

---

[1] Todd Blanche was appointed acting Attorney General on April 2, 2026. Blanche is therefore substituted for former Attorney General Pamela Bondi as the proper, named Respondent. *See* FED. R. CIV. P. 25(d).

**SIGNED** on May 7, 2026.

Henry J. Bemporad
United States Magistrate Judge