UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IFRANALI BABUHAI DHUKA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | SA-26-CV-2050-FB |
| | § | |
| MARKWAYNE MULLIN, Secretary, | § | |
| U.S. Department of Homeland Security; | § | |
| TODD LYONS, Acting Director, U.S. | § | |
| Immigration and Customs Enforcement | § | |
| (ICE); MARCOS CHARLES, Acting | § | |
| Executive Associate Director, ICE and | § | |
| Removal Operations; TODD BLANCHE, | § | |
| Acting United States Attorney General,[1] | § | |
| and WARDEN, SOUTH TEXAS | § | |
| DETENTION FACILITY, | § | |
| | § | |
| Respondents. | § | |

**ORDER RETURNING CASE
TO DISTRICT COURT**

On May 21, 2026, the undersigned filed a Report and Recommendation recommending that Petitioner's Petition for Writ of Habeas Corpus (Docket Entry 1) be granted in part and that the Petitioner be released.   (*See* Docket Entry 15.)

All pretrial matters for which this case was referred having been addressed, it is hereby **ORDERED** that this case is **RETURNED** to the District Court for consideration of the Petition for Writ of Habeas Corpus.

**SIGNED** on May 21, 2026.

_____
Henry J. Bemporad
United States Magistrate Judge

---

[1] Todd Blanche was appointed acting Attorney General on April 2, 2026. Blanche is therefore substituted for former Attorney General Pamela Bondi as the proper, named Respondent. *See* FED. R. CIV. P. 25(d).